No. 23-8002

---

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

---

*IN RE PORK ANTITRUST LITIGATION*

---

CONSUMER INDIRECT PURCHASER, ET AL,

*Respondents*,

v.

AGRI STATS, INC., ET AL,

*Petitioners.*

---

On Appeal from the United States District Court
for the District of Minnesota
No. 1:16-cv-08637

---

DIRECT PURCHASER PLAINTIFF CLASS'S CORPORATE DISCLOSURE STATEMENT

---

Bobby Pouya
PEARSON WARSHAW, LLP
15165 Ventura Blvd., Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
bpouya@pwfirm.com

W. Joseph Bruckner
LOCKRIDGE GRINDAL NAUEN, P.L.L.P.
100 Washington Ave S., Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
wjbruckner@locklaw.com

*Counsel for Direct Purchaser Plaintiffs/Respondents*
(additional counsel listed on signature page)

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and 8th Cir. R. 26.1.A., the undersigned counsel for the Respondent Direct Purchaser Plaintiffs herby certifies the following:

Maplevale Farms, Inc. states that it is a New York corporation, that it is not a subsidiary of any corporation, and that no publicly held corporation owns 10% or more of the party's stock.

Olean Wholesale Grocery Cooperative, Inc. states that it is a New York corporation, that it is not a subsidiary of any corporation, and that no publicly held corporation owns 10% or more of the party's stock.

John Gross and Company, Inc. states that it is a Pennsylvania corporation, that it is not a subsidiary of any corporation, and that no publicly held corporation owns 10% or more of the party's stock.

Ferraro Foods, Inc. states that it is a New Jersey corporation, and its parent corporation is Ferraro Fine Foods Corp., and that no publicly held corporation owns 10% or more of the party's stock.

Ferraro Foods of North Carolina LLC states that it is a North Carolina Limited Liability Company, and its parent corporation is Ferraro Fine Foods Corp., and that no publicly held corporation owns 10% or more of the party's stock.

- 1 -

DATED: April 19, 2023         Respectfully submitted,

By:   /s/ W. Joseph Bruckner
W. Joseph Bruckner
Brian D. Clark
Joseph C. Bourne
Arielle S. Wagner
Stephen M. Owen
LOCKRIDGE GRINDAL NAUEN, P.L.L.P.
100 Washington Ave S., Suite 2200
Minneapolis, MN 55401
T: (612) 339-6900
wjbruckner@locklaw.com
bdclark@locklaw.com
jcbourne@locklaw.com
aswagner@locklaw.com
smowen@locklaw.com

Clifford H. Pearson
Daniel L. Warshaw
Bobby Pouya
Michael H. Pearson
PEARSON WARSHAW, LLP
15165 Ventura Blvd., Suite 400
Sherman Oaks, CA 91403
T: (818) 788-8300
F: (818) 788-8104
cpearson@pwfirm.com
dwarshaw@pwfirm.com
bpouya@pwfirm.com
mpearson@pwfirm.com

Melissa S. Weiner
PEARSON WARSHAW, LLP
328 Barry Ave. S., Suite 200
Wayzata, MN 55391
T: (612) 389-0600
mweiner@pwfirm.com

Bruce L. Simon
Benjamin E. Shiftan
Neil Swartzberg
PEARSON WARSHAW, LLP
555 Montgomery St., Suite 1205
San Francisco, CA 94111
T: (415) 433-9000
F: (415) 433-9008
bsimon@pwfirm.com
bshiftan@pwfirm.com
nswartzberg@pwfirm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was filed electronically via the Court's ECF system, on April 19, 2023. Notice of electronic filing will be sent to all parties by operation of the Court's electronic filing system.

By: <u>*/s/ W. Joseph Bruckner*</u>
      W. Joseph Bruckner